## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **CAMERON WOODALL, a Texas Resident,** | § § § | |
| **Plaintiff,** | § § | |
| | § | **CIVIL ACTION NO. 4:23-CV-00870-ALM** |
| **v.** | § § | |
| **CYCLE GEAR, INC., a California Corporation, et al.,** | § § § | |
| | § | |
| **Defendants,** | § | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant Cycle Gear, Inc. ("Defendant") give notice that Jessica Z. Barger, R. Russell Hollenbeck, Brittany R. Greger and Rachel H. Stinson of WRIGHT CLOSE BARGER & GUZMAN, LLP, One Riverway, Suite 2200, Houston, Texas 77056, Telephone: (713) 572-4321, Fax: (713) 572-4320, will appear as additional counsel for Defendant Cycle Gear, Inc. in this matter.

Defendant has approved this appearance of additional counsel and requests that all filings and notices in this case should be copied on the above counsel, as well as current counsel of record for Defendant.

Respectfully submitted,

*/s/ Jessica Z. Barger*

Jessica Z. Barger
State Bar No. 24032706
barger@wrightclosebarger.com
R. Russell Hollenbeck
State Bar No. 00790901
hollenbeck@wrightclosebarger.com
Brittany R. Greger
State Bar No. 24097766
greger@wrightclosebarger.com
Rachel H. Stinson

State Bar No. 24037347
stinson@wrightclosebarger.com
WRIGHT CLOSE BARGER & GUZMAN, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: 713-572-4321
Facsimile: 713-572-4320

**ATTORNEYS FOR DEFENDANT
CYCLE GEAR, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all known counsel of record in compliance with the Federal Rules of Civil Procedure on the 29th day of October 2025.

*/s/ Jessica Z. Barger*
Jessica Z. Barger